**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JERRICK LAMONT LONDON,                                                                            PLAINTIFFS
ADC # 601135; *et al.*

v.                                            3:15CV00330-JLH-JJV

RON BECK, Assistant Supervisor,
North East Arkansas Community
Corrections Center; *et al.*                                                                       DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.Why the record made before the Magistrate Judge is inadequate.

2.Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.The details of any testimony desired to be introduced at the new hearing in the form

1

of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

This action was brought jointly by three Plaintiffs – Jerrick Lamont London, K. Abrem, and Steven Hunter. (Doc. No. 2.) Only Mr. London filed an Application to Proceed Without Prepayment of Fees and Affidavit ("Application") (Doc. No. 1). On October 14, 2015, I granted Mr. London's Application and directed Plaintiffs Abrem and Hunter to submit either their own Applications or their shares of the statutory filing fee within thirty days. (Doc. No. 3.) They were warned that failure to comply could result in a recommendation of dismissal. (Doc. No. 3 at 2.) More than thirty days have passed, and neither Abrem nor Hunter has complied with the Order. Accordingly, I recommend both be dismissed as parties to this action.

Mr. London's claims should also be dismissed. A search of the Arkansas Department of Correction ("ADC") inmate database on December 1, 2015, shows he is no longer incarcerated at the Northeast Arkansas Community Correction Center ("NEACCC") or any other ADC facility. Mr. London has not provided the Court with an updated address and his whereabouts are unknown. I therefore recommend dismissal of his claims without prejudice pursuant to Local Rule 5.5(C)(2).[1]

---

[1] The rule states, in relevant part, that "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address . . ." Loc. R. 5.5(C)(2). Plaintiff was previously apprised of this requirement. (Doc. No. 3 at 4.)

If Plaintiff London should somehow receive this recommendation, he should update his address along with any objections.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiffs K. Abrem and Steven Hunter be DISMISSED without prejudice for failure to submit a completed Application to Proceed Without Prepayment of Fees and Affidavit or their shares of the statutory filing fee.

2. Plaintiff Jerrick Lamont London's claims be DISMISSED without prejudice for failure to comply with Local Rule 5.5(C)(2).

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

So recommended this 1st day of December, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE