**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JERRICK LAMONT LONDON, ADC #601135;      PLAINTIFFS
K. ABREM, ADC #145156; and
STEVEN HUNTER, ADC #610955

v.                No. 3:15CV00330 JLH

RON BECK, et al.                DEFENDANTS

## ORDER

Jerrick Lamont London has filed a document in which he says, "I want off my cases." The Clerk has docketed that document as a motion to dismiss. The motion is GRANTED. Document #7. Jerrick Lamont London's claims in this action are dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE