## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JERRICK LAMONT LONDON, ADC #601135;                                       PLAINTIFFS
K. ABREM, ADC #145156; and
STEVEN HUNTER, ADC #610955

v.                                 No. 3:15CV00330 JLH

RON BECK, et al.                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Plaintiffs K. Abrem and Steven Hunter are DISMISSED without prejudice for failure to submit a completed Application to Proceed Without Prepayment of Fees and Affidavit or their shares of the statutory filing fee.

2.     Plaintiff Jerrick London's claims were DISMISSED without prejudice on December 21, 2015.

3.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 22nd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE