# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JERRICK LAMONT LONDON, ADC #601135;　　　　　　　　　　　　　　　　PLAINTIFFS
K. ABREM, ADC #145156; and
STEVEN HUNTER, ADC #610955

v.　　　　　　　　　　　　　　　No. 3:15CV00330 JLH

RON BECK, et al.　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

SO ORDERED this 22nd day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE