**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| JERRICK LAMONT LONDON, ADC #601135;<br>K. ABREM, ADC #145156; and<br>STEVEN HUNTER, ADC #610955 | PLAINTIFFS |
| v.  No. 3:15CV00330 JLH | |
| RON BECK, et al. | DEFENDANTS |

## ORDER

On December 18, 2015, the Court received a document from Jerrick Lamont London in which he stated, "I want off my cases." The Court took London at his word and dismissed his claims without prejudice. He has now filed a document stating that he does not want off of his case, and the Clerk has docketed that document as a motion for reconsideration.

Judgment has already been entered in this case. London's claims were dismissed at his own request. London has stated no reason for the Court to reconsider that order. If he wishes to pursue his claims, he will need to commence a new case. The motion is DENIED. Document #13.

IT IS SO ORDERED this 7th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE